UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-M-1113

UNITED STATES OF AMERICA )
 )
v. ) ORDER
 )
VINCENT GLENN JANOSKO )

The Government's motion is hereby granted. The case is dismissed.

7-29-2016
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE